IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cr258

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **EDWARD JUNIOR PATTERSON.** | ) | |
| | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on a letter from defendant addressed to the court concerning counsel. The court will refer such letter to Judge Keesler to take whatever action he deems appropriate.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's letter (#68) is **REFERRED** to Judge Keesler for further action in his sound discretion.

Signed: March 27, 2012

Max O. Cogburn Jr.
United States District Judge